# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK GIBSON, | ) |
| | ) 2:16cv0392 |
| Plaintiff, | ) Electronic Filing |
| | ) |
| v. | ) Judge David Stewart Cercone |
| | ) |
| MARY FLEMMING, Nurse; ROBERT FLEMMING, Lieutenant; THOMAS ARMSTRONG, Captain / Hearing Examiner; SHAUN IREY, Lieutenant; CARL WALKER, Captain; DARRYL BEVERIDGE, Corrections Officer 1, and ROBERT HAWKINBERRY, Captain, | ) |
| Defendants. | ) |

## ORDER

**AND NOW,** this 24th day of February, 2020, after *de novo* review and in accordance with the Memorandum issued on this date, it is **ORDERED** as follows:

1. Defendants' motion for summary judgment be, and the same hereby is, **GRANTED** in its entirety and summary judgment is entered in favor of all Defendants; and

2. Plaintiff's motion for summary judgment be, and the same hereby is, **DENIED**.

The Report and Recommendation as augmented in the Memorandum is adopted as the opinion of the court. Final Judgment will be entered in favor of defendants and against plaintiff and the Clerk of Court will be directed to mark the case closed.

**AND IT FURTHER IS ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff is hereby notified that he has thirty (30) days to file a notice of

appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

<u>s/David Stewart Cercone</u>
David Stewart Cercone
Senior United States District Judge

cc: The Honorable Cynthia Reed Eddy
      Chief United States Magistrate Judge

      J. Eric Barchiesi, Esquire
      Timothy Mazzocca, Esquire

      (*Via CM/ECF Electronic Mail*)


      DERRICK GIBSON
      JP 2190
      SCI Mahanoy
      301 Morea Road
      Frackville, PA 17932

      (via U.S. First Class Mail)